## The People of the State of Illinois, Defendant in Error, v. Earle Stark, Plaintiff in Error.

### Gen. No. 23,553. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Earle Stark, defendant, for without reasonable cause neglecting and refusing to maintain and provide for his wife and minor child, 2 years old. From an order requiring defendant to pay $10 a week towards the support of his wife and child, defendant brings error.

Defendant on trial was found guilty and put on probation for a year, on condition that he pay his wife and child $6 a week. The amount was afterwards increased to $7 a week March 7, 1917, and on April 11, 1917, motion was made for further increase, which was allowed at $10 a week on April 17, 1917, defendant being present with counsel.

JOHNSON & HERR, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. CRIMINAL LAW, § 409*—*what objection cannot be raised for first time on writ of error.* An objection that a motion for increase

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of an award of support to a wife and child, on an information charging defendant with their nonsupport, that the motion was not accompanied by any petition, cannot be raised for the first time on a writ of error.

2. HUSBAND AND WIFE, § 243*—*when award for support of wife and child not excessive.* Ten dollars a week was not excessive as an award to a wife for the support of herself and a minor child, upon abandonment by the husband, where her husband was earning $85 a month and required $12.50 a week for his own expenses, notwithstanding the wife was also earning $12 a week.